IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil File No.: 4:26-cv-22-BO-RN

| | |
|---|---|
| TIFFANY STOKES and WILLIAM STOKES )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF BELHAVEN and WESLEY )<br>WATERS, individually, and official capacity, )<br>)<br>)<br>Defendants. )<br>) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorney Clayton H. Davis of the law firm of Cauley Pridgen P.A. hereby makes an appearance in this proceeding on behalf of Defendants Town of Belhaven, and Wesley Waters, individually, and in his official capacity.

This the 16th day of June, 2026.

**CAULEY PRIDGEN P.A.**

/s/ Clayton H. Davis
Clayton H. Davis,
State Bar No. 59284
J. Brian Pridgen
State Bar No. 31739
Attorneys for Defendants
2500 Nash Street N, Suite C
Wilson, North Carolina 27896
Telephone: (252) 291-3848

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2026, a copy of the foregoing Notice of Appearance was served upon Plaintiffs via U.S. mail, as set forth below:

William Stokes
Tiffany Stokes
919 Pamlico St.
Belhaven, North Carolina, 27810
Email:chubthebarber@icloud.com
Email:sgaines11@hotmail.com

This the 16th day of June, 2026.

/s/ Clayton H. Davis
Clayton H. Davis
State Bar No. 59284
CAULEY PRIDGEN, P.A.
Attorney for Defendants
2500 Nash Street N, Suite C
Wilson, North Carolina 27896
Telephone: (252) 291-3848
Facsimile: (252) 291-9555